UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE GUADALUPE VALERIO-GOMEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>GEO GROUP,<br><br>              Defendants. | CASE NO. C13-6010 RBL-JRC<br><br>ORDER TO FILE AN AMENDED COMPLAINT |

      The District Court referred this is 42 U.S.C. § 1983 civil rights matter to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.

      On December 6, 2013, the Court ordered Mr. Valerio-Gomez to file an amended complaint curing defects in his original filings (ECF No. 6). The Court told plaintiff that the amended complaint would act as a complete substitute for the original and not as a supplement (*id.*).

      Plaintiff has not complied with the Court's order and instead filed a response that identifies the doctors he wishes to name as defendants. But Mr. Valerio-Gomez did not file an

amended complaint (ECF No. 7). Plaintiff has not complied with the Court's order. The Court gives plaintiff until February 28, 2014 to file an amended complaint as outlined in the Court's December 6, 2013 order. The Court will file a Report and Recommendation to dismiss this action if an amended complaint is not filed.

Dated this 3rd day of February, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER TO FILE AN AMENDED COMPLAINT - 2