UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE GUADALUPE VALERIO-GOMEZ,

                    Plaintiff,

        v.

GEO GROUP, et al.,

                    Defendants.

CASE NO. C13-6010 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard

Creatura, objections to the Report and Recommendation, if any, and the remaining record, does

hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court dismisses this action without prejudice pursuant to Fed. R. Civ.
        P. 41(b) for plaintiff's failure to submit an amended complaint when the
        Court ordered him to.

DATED this 10th day of June, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1